NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SCI LA PAUSA, a French corporation, | Case No.: 11-mc-00504-UA-DUTY |
|---|---|
| Applicant, | **JUDGMENT** |
| vs. | |
| ARNOLD LEON SCHROEDER, JR., an individual, | |
| Respondent. | |

The Application for Entry of Judgment Pursuant to The Uniform Foreign Country Money Judgments Recognition Act was considered by this Court. Based on the Application and for good cause,

IT IS HEREBY ORDERED AND ADJUDGED that:

A Judgment is entered in favor of SCI LA PAUSA and against ARNOLD LEON SCHROEDER, JR.:

1. For the principal sum of $2,535,722.55;

2. For interest thereon from May 10, 2011 through November 18, 2011 in the amount of $133,385.95;

3. For an award of attorneys fees **to the extent permitted** under Article 699 of the French Code of Civil Procedure **and the French judgment**; and

4. For costs of suit herein incurred **as permitted under the French judgment**.

DATED: November 28, 2011  _____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE